## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| HERMAN ORTEZ, on behalf of himself and others similarly situated, | Civil Action No.: 1:18-cv-00561-VAC-CJB |
| Plaintiff, | |
| v. | |
| MICHAEL P. MORTON, P.A., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

The parties, Herman Ortez ("Plaintiff") and Michael P. Morton, P.A. ("Defendant"), hereby notify the Court that they have reached an agreement in principle to resolve Plaintiff's claims on an individual basis. The parties request 21 days within which to finalize their written settlement agreement and then file a stipulation of dismissal of this case.

1

<table>
<tr><td>Dated: April 12, 2019</td><td>/s/ <i>Vivian A. Houghton</i><br>Vivian A. Houghton<br>Delaware Bar No. 2010<br>Law Office of Vivian A. Houghton<br>800 N. West Street, 1st Floor<br>Wilmington, DE 19801<br>Tel: (302) 658-0518<br>Fax: (302) 658-5731<br>vivianhoughton@comcast.net<br><br>Local Counsel for Plaintiff<br><br>/s/ <i>James L. Davidson</i><br>James L. Davidson (pro hac vice)<br>FL Bar No. 723371<br>Greenwald Davidson Radbil PLLC<br>5550 Glades Road, Suite 500<br>Boca Raton, FL 33431<br>Tel: (561) 826-5477<br>Fax: (561) 961-5684<br>jdavidson@gdrlawfirm.com<br><br>Counsel for Plaintiff<br><br><br>/s/ <i>Artemio C. Aranilla</i><br>Artemio C. Aranilla (4516)<br>MARSHALL DENNEHEY WARNER<br>COLEMAN & GOGGIN, P.C.<br>1007 N. Orange Street, Ste. 600<br>Wilmington, Delaware 19801<br>Direct Dial: (302) 552-4354<br>Acaranilla@mdwcg.com<br><br>Andrew M. Schwartz (pro hac vice)<br>MARSHALL DENNEHEY WARNER<br>COLEMAN & GOGGIN, P.C.<br>2000 Market Street, Suite 2300<br>Philadelphia, PA 19103<br>Direct Dial: (215) 575-2765<br>Facsimile: (215) 575-0856<br><br>Attorneys for Defendant</td></tr>
</table>